AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ebel, David M | Tenth Circuit Court of Appeals | 05/08/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (active) | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Byron White U.S. Courthouse 1823 Stout Street, Room 109L Denver, CO 80257 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and Member of Executive Committee | Historical Society for the Tenth Circuit |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Self-employed tutor |
| 2. | 2005 | Teacher, Littleton School District |
| 3. | 2005 | PERA retirement income |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Checchi and Company (funded by grant from USAID) | Oct 27-Nov 2: Podgorica, Montenegro - providing assistance to Administrative Court of Montenegro in developing desk book (air/lodging/meals) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Janus Fund | | None | | | SOLD | 1/6 | J | A | |
| 2. Fidelity Magellan Fd. | A | Dividend | J | T | Part Sale | 1/6 | J | A | |
| 3. Janus Worldwide Fd. | | None | | | SOLD | 1/6 | J | A | |
| 4. Janus Contrarian Fund | A | Dividend | K | T | Buy | 1/6 | J | | |
| 5. " " " | | | | | Part Sale | 4/15 | J | A | |
| 6. " " " | | | | | Part Sale | 4/20 | J | A | |
| 7. " " " | | | | | Part Sale | 5/17 | J | A | |
| 8. " " " | | | | | Buy | 10/19 | J | | |
| 9. Fidelity Ginnie Mae Fd. | A | Dividend | J | T | Part Sale | 1/6 | J | A | |
| 10. Janus Global Life Science Fd. | | None | K | T | Part Sale | 2/8 | J | A | |
| 11. " " " | | | | | Part Sale | 4/15 | J | A | |
| 12. " " " | | | | | Buy | 5/17 | J | | |
| 13. " " " | | | | | Buy | 5/27 | J | | |
| 14. " " " | | | | | Buy | 6/30 | J | | |
| 15. " " " | | | | | Part Sale | 8/18 | J | A | |
| 16. " " " | | | | | Buy | 10/19 | J | | |
| 17. Janus Global Technology Fd. | | None | | | Part Sale | 2/8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. " " " | | | | | Part Sale | 4/20 | J | A | |
| 19. " " " | | | | | Buy | 5/27 | J | | |
| 20. " " " | | | | | Part Sale | 6/30 | J | A | |
| 21. " " " | | | | | SOLD | 8/18 | J | A | |
| 22. Janus Money Market Fund | B | Interest | K | T | | | | | |
| 23. Fidelity Select Electronic Fd. | | None | | | Part Sale | 1/6 | J | A | |
| 24. " " " | | | | | SOLD | 4/18 | J | A | |
| 25. Fidelity Growth Co. Fd. | | None | | | SOLD | 4/18 | J | A | |
| 26. US Bank, Denver, Colo. | A | Interest | K | T | | | | | |
| 27. Janus Orion Fund | A | Dividend | K | T | Buy | 1/6 | J | | |
| 28. " " " | | | | | Buy | 2/8 | J | | |
| 29. " " " | | | | | Part Sale | 4/20 | K | A | |
| 30. " " " | | | | | Buy | 5/17 | J | | |
| 31. " " " | | | | | Buy | 6/30 | J | | |
| 32. " " " | | | | | Buy | 7/28 | J | | |
| 33. " " " | | | | | Part Sale | 8/18 | K | C | |
| 34. " " " | | | | | Buy | 10/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 36. Fidelity Midcap Fund | | None | | | SOLD | 4/18 | J | A | |
| 37. Fidelity Select Energy Service Fd. | | None | K | T | Buy | 1/6 | J | | |
| 38. " " " | | | | | Buy | 2/9 | J | | |
| 39. " " " | | | | | Buy | 6/30 | J | | |
| 40. EYEris Class A Common Stock | C | Dividend | J | T | | | | | |
| 41. EYEris Class B Common Stock | | None | J | T | | | | | |
| 42. Janus Global Opportunities Fd. | | None | | | SOLD | 8/18 | J | A | |
| 43. Janus Growth & Income Fd. | A | Dividend | J | T | Buy | 1/6 | J | | |
| 44. " " " | | | | | Part Sale | 4/20 | J | A | |
| 45. Fidelity U.S. Gov't Res. | A | Interest | J | T | | | | | |
| 46. Fidelity Emerging Market Fd. | A | Dividend | K | T | Part Sale | 2/9 | J | A | |
| 47. " " " | | | | | Buy | 10/19 | J | | |
| 48. Fidelity Value Fund | B | Dividend | J | T | Part Sale | 4/18 | J | A | |
| 49. " " " | | | | | Part Sale | 10/19 | J | A | |
| 50. Fidelity Diversified Int'l Fd. | A | Dividend | J | T | Part Sale | 6/30 | J | B | |
| 51. Dodge & Cox Stock Fd. | A | Dividend | J | T | Buy | 1/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. " " " | | | | | Part Sale | 2/9 | J | B | |
| 53. " " " | | | | | Part Sale | 3/23 | J | B | |
| 54. " " " | | | | | Part Sale | 4/20 | J | A | |
| 55. Dodge & Cox Balanced Fd. | A | Dividend | J | T | Part Sale | 1/6 | K | C | |
| 56. " " " | | | | | Part Sale | 2/9 | J | A | |
| 57. Dodge & Cox Income Fund | B | Dividend | K | T | Part Sale | 1/6 | J | A | |
| 58. " " " | | | | | Buy | 4/20 | K | | |
| 59. " " " | | | | | Buy | 8/18 | L | | |
| 60. " " " | | | | | Part Sale | 10/18 | K | A | |
| 61. Royce Technology Value Fd. | A | Dividend | J | T | Part Sale | 1/6 | J | A | |
| 62. Royce Opportunity Fund | | None | | | Part Sale | 2/9 | J | A | |
| 63. " " " | | | | | SOLD | 4/20 | J | A | |
| 64. Royce Low-Priced Stock Fd. | | None | | | Part Sale | 1/6 | J | A | |
| 65. " " " | | | | | Part Sale | 2/9 | J | A | |
| 66. " " " | | | | | SOLD | 4/20 | J | A | |
| 67. Royce Total Return Fund | B | Dividend | K | T | Part Sale | 1/6 | K | B | |
| 68. " " " | | | | | Buy | 4/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ebel, David M | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. " " " | | | | | Buy | 5/17 | K | | |
| 70. " " " | | | | | Buy | 6/30 | J | | |
| 71. " " " | | | | | Buy | 8/18 | K | | |
| 72. " " " | | | | | Part Sale | 10/18 | K | B | |
| 73. Fidelity Select Leisure Fd. | A | Dividend | | | SOLD | 4/18 | J | A | |
| 74. Fidelity Select Technology Fd. | | None | | | Part Sale | 1/6 | J | A | |
| 75. " " " | | | | | SOLD | 4/18 | J | A | |
| 76. Janus Balanced Fund | | None | | | SOLD | 1/6 | J | A | |
| 77. Cancer Vax Common Stock | | None | J | T | | | | | |
| 78. Janus Overseas Fund | A | Dividend | K | T | Part Sale | 1/6 | J | B | |
| 79. " " " | | | | | Part Sale | 4/15 | J | A | |
| 80. " " " | | | | | Buy | 10/19 | K | | |
| 81. Janus Short-Term Bond Fd. | A | Dividend | J | T | Part Sale | 1/6 | J | A | |
| 82. " " " | | | | | Part Sale | 8/18 | J | A | |
| 83. Janus Risk-Managed Stock Fd. | B | Dividend | K | T | Buy | 1/6 | J | | |
| 84. " " " | | | | | Buy | 7/28 | J | | |
| 85. Janus Mid-Cap Value Fd. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity Int'l Small Cap Fd. | B | Dividend | J | T | Buy | 1/6 | J | | |
| 87. " " " | | | | | Part Sale | 10/19 | J | B | |
| 88. Fidelity Contra Fund | A | Dividend | J | T | Part Sale | 4/18 | J | A | |
| 89. " " " | | | | | Buy | 10/19 | J | | |
| 90. Fidelity Select Wireless Fd. | | None | J | T | Buy | 1/6 | J | | |
| 91. " " " | | | | | Part Sale | 2/9 | J | A | |
| 92. " " " | | | | | Part Sale | 4/18 | J | A | |
| 93. Fidelity Select Natural Gas Fd. | B | Dividend | K | T | Buy | 1/6 | J | | |
| 94. " " " | | | | | Buy | 2/9 | J | | |
| 95. " " " | | | | | Buy | 6/30 | J | | |
| 96. Fidelity Select Developing Communications Fd. | | None | | | SOLD | 4/18 | J | A | |
| 97. Fidelity Select Biotechnology Fd. | | None | | | Part Sale | 2/9 | J | A | |
| 98. " " " | | | | | Part Sale | 4/18 | J | A | |
| 99. " " " | | | | | SOLD | 8/18 | J | A | |
| 100. Dodge & Cox Intermutual Fd. | B | Dividend | L | T | Buy | 1/6 | K | | |
| 101. " " " | | | | | Buy | 2/9 | J | | |
| 102. " " " | | | | | Part Sale | 3/23 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. " " " | | | | | Part Sale | 4/20 | K | B | |
| 104. " " " | | | | | Part Sale | 8/18 | K | C | |
| 105. " " " | | | | | Buy | 10/18 | K | | |
| 106. Pennsylvania Mutual Fund | B | Dividend | K | T | Buy | 1/6 | J | | |
| 107. " " " | | | | | Buy | 2/9 | K | | |
| 108. " " " | | | | | Part Sale | 3/28 | J | A | |
| 109. " " " | | | | | Buy | 6/30 | J | | |
| 110. " " " | | | | | Part Sale | 8/18 | J | A | |
| 111. Royce Premier Fund | C | Dividend | L | T | Part Sale | 3/28 | J | A | |
| 112. " " " | | | | | Part Sale | 5/17 | J | A | |
| 113. " " " | | | | | Buy | 10/18 | K | | |
| 114. Royce 100 Fund | A | Dividend | J | T | Buy | 1/6 | J | | |
| 115. " " " | | | | | Part Sale | 6/30 | J | A | |
| 116. " " " | | | | | Part Sale | 8/18 | J | A | |
| 117. Royce Value Plus Fund | A | Dividend | J | T | Buy | 1/6 | K | | |
| 118. " " " | | | | | Part Sale | 4/21 | K | A | |
| 119. " " " | | | | | Part Sale | 5/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. " " " | | | | | Part Sale | 6/30 | J | A | |
| 121. Northwestern Mutual Modified Whole Life Policy | D | Interest | M | T | | | | | |
| 122. Mass. Mutual Whole Life Policy | C | Interest | J | T | | | | | |
| 123. Thrivant Lutheran Brotherhood Whole Life Policy | A | Interest | J | T | | | | | |
| 124. World Savings & Loan, Denver, Colo. | B | Interest | | | SOLD | 10/12 | L | A | |
| 125. Janus Enterprise Fund | | None | J | T | Buy | 1/6 | J | | |
| 126. Janus Research Fund | A | Dividend | K | T | Buy | 5/17 | J | | |
| 127. " " " | | | | | Buy | 7/28 | J | | |
| 128. " " " | | | | | Buy | 10/19 | J | | |
| 129. Fidelity Canada Fund | A | Dividend | J | T | Buy | 1/6 | J | | |
| 130. " " " | | | | | Buy | 2/9 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 05/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _May 9 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544